UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>Isabel Christina Flores (1)<br>Daniel Aceves (2)<br>    Defendant(s) | CRIMINAL NO. 07mj2988<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

LOUISA S. PORTER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Oscar Gonzalez-Acevedo

DATED: 1/8/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by J. Jarabek
   Deputy Clerk

J. JARABEK