1 | KAREN P. HEWITT
United States Attorney
2 | CARLA J. BRESSLER
Assistant United States Attorney
3 | California State Bar No. 134886
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-6763
6
Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA

**FILED**

JAN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MJ                    DEPUTY

8

9 |                    UNITED STATES DISTRICT COURT

10 |               SOUTHERN DISTRICT OF CALIFORNIA    08CR 79-JLS

11 | UNITED STATES OF AMERICA,          )   Magistrate Case No. 07MJ2988
                                       )
12 |                       Plaintiff,   )
                                       )   **STIPULATION OF FACT AND JOINT**
13 |            v.                      )   **MOTION FOR RELEASE OF**
                                       )   **MATERIAL WITNESS(ES) AND**
14 | DANIEL ACEVES (2),                 )   **ORDER THEREON**
                                       )
15 |                       Defendant.   )
                                       )   **(Pre-Indictment Fast-Track Program)**
16 | _____)

17 |        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19 | Carla J. Bressler, Assistant United States Attorney, and defendant DANIEL ACEVES, by and

20 | through and with the advice and consent of defense counsel, Robert A. Garcia, that:

21 |        1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 | intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25 | of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26 | § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27 | //

28 | CJB:es:1/2/08

1      2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4      3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **January 28, 2008.**

6      4.     The material witness, Oscar Gonzalez-Acevedo, in this case:

7           a.     Is an alien with no lawful right to enter or remain in the United States;

8           b.     Entered or attempted to enter the United States illegally on or about

9 December 26, 2007;

10           c.     Was found in a vehicle driven by codefendant at the San Ysidro, California

11 Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was

12 an alien with no lawful right to enter or remain in the United States;

13           d.     Was paying $3,000 to others to be brought into the United States illegally

14 and/or transported illegally to his destination therein; and,

15           e.     May be released and remanded immediately to the Department of Homeland

16 Security for return to his country of origin.

17      5.     After the material witnesses are ordered released by the Court pursuant to this

18 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

19 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

20 proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

21 attack, that:

22           a.     The stipulated facts set forth in paragraph 4 above shall be admitted as

23 substantive evidence;

24           b.     The United States may elicit hearsay testimony from arresting agents

25 regarding any statements made by the material witness(es) provided in discovery, and such

26 testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

27 against interest of (an) unavailable witness(es); and,

28   Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Daniel Aceves (2)         2         07MJ2988

1        c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5        6.      By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to his country of origin.

12        It is STIPULATED AND AGREED this date.

13                          Respectfully submitted,

14                          KAREN P. HEWITT
                              United States Attorney

15

16  Dated: 1/10/2008

17                          CARLA J. BRESSLER
                              Assistant United States Attorney

18

19  Dated: Jan. 4, 2008

20                          ROBERT A. GARCIA
                              Defense Counsel for Aceves

21

22  Dated: Jan. 4, 2008

23                          DANIEL ACEVES
                              Defendant

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Daniel Aceves (2)        3               07MJ2988

1

## ORDER

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to his country of origin.

6    **SO ORDERED.**

7

8    Dated: _____1/10/08_____.                            _____

9                                                                United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Daniel Aceves (2)                          4                                          07MJ2988